IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DELBERT WHITE**                                                                                **PLAINTIFF**

**VS**                                            **CIVIL ACTION NO. 1:09-CV-255-B-S**

**SHERIFF WILLIAM LEE AND STAN**
**MURPHY, IN THEIR INDIVIDUAL CAPACITIES;**
**AND THE ATTALA COUNTY SHERIFF'S DEPARTMENT**      **DEFENDANTS**

### ORDER STAYING CASE

This cause comes before the court pursuant to Rule 16.1(b)(4)(c) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that:

> (b)The filing of an immunity defense motion shall stay the attorney conference and disclosure requirements and all discovery not related to the immunity issue pending the court's ruling on the motion issue, including any appeal.
>
> (c) At the time the immunity defense motion is filed, the moving party shall submit to the magistrate judge an order granting the stay but permitting discovery relevant only to the immunity defense.
>
> (d) The plaintiff shall promptly notify the magistrate judge of a decision on the immunity defense motion and shall submit an order lifting the stay. Within fifteen days of the order lifting the stay, the parties shall confer in accordance with this Rule and all other deadlines will be determined accordingly.

In the instant case, a motion for qualified immunity was filed by the defendants Sheriff William Lee and Stan Murphy, on March 5, 2010; therefore all proceedings unrelated to the issue of qualified immunity shall be stayed pending the court's ruling on the motion.

IT IS, THEREFORE, ORDERED that all proceedings outside qualified immunity-related discovery and the briefing of the motion for qualified immunity are STAYED.

SO ORDERED, This the 11th day of March, 2010.

                                                                /s/David A. Sanders
                                                                U.S. Magistrate Judge