IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DELBERT WHITE**                                                                                          **PLAINTIFF**

**VERSUS**                                                              **CIVIL ACTION NO. 1:09 CV 255-B-S**

**SHERIFF WILLIAM LEE AND STAN
MURPHY, IN THEIR INDIVIDUAL CAPACITIES;
AND THE ATTALA COUNTY SHERIFF'S DEPARTMENT**       **DEFENDANTS**

## ORDER TO DEPOSE PLAINTIFF

This day this cause came on to be heard on Sheriff William Lee and Stan Murphy's motion for permission to depose the Plaintiff who is currently incarcerated and the Court, having considered the same, finds that said Motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff be deposed in accordance with any reasonable guidelines established by the prison facility where the Plaintiff is confined.

SO ORDERED this the 14th day of May, 2010.

                                                                    /s/David A. Sanders_____
                                                                    UNITED STATES MAGISTRATE JUDGE