IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DELBERT WHITE                                                                    PLAINTIFF

VERSUS                                                              CASE No.:1:09-CV-255-B-S

SHERIFF WILLIAM LEE AND STAN
MURPHY, IN THEIR INDIVIDUAL CAPACITIES;
AND THE ATTALA COUNTY SHERIFF'S DEPARTMENT          DEFENDANTS

## ORDER

**THIS MATTER,** having come before the Court on the motion, *ore tenus*, of Defendant City of Kosciusko, through counsel, for permission to depose the plaintiff, and the court having considered the same finds it to be well-taken.

**IT IS, THEREFORE, ORDERED** that the defendant City of Kosciusko be permitted to notice the deposition of the plaintiff.

**SO ORDERED**, this, the 27th day of May, 2010.

/s/David A. Sanders
**UNITED STATES MAGISTRATE**